# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| HADDRICK BYRD, | : No. 170 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY; CRIMINAL JUSTICE CENTER, 1301 FILBERT STREET, PHILA. 19107 | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.